IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CONNIE TRACY,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>LANCASTER SCHOOL DISTRICT 0001,<br><br>　　　　　　Defendant. | **4:12CV3254**<br><br>**MEMORANDUM AND ORDER** |

　　　　IT IS ORDERED that the plaintiff's Motion to Continue Class Certification Progression Order Deadlines, (Filing No. 15), is granted, and

　　　　1)　　The deadline for completing written discovery under Rules 33 through 36 of the Federal Rules of Civil Procedure is July 19, 2013. Motions to compel Rule 33 through 36 discovery must be filed by July 1, 2013.

　　　　2)　　Plaintiff's motion to certify a class, if any, shall be filed no later than August 16, 2013.

　　　　3)　　The Clerk shall set a case management deadline of August 30, 2013 for review of this case to determine if a final progression schedule should be entered.

　　　　April 29, 2013

　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge