IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CONNIE TRACY,<br><br>             Plaintiff,<br><br>vs.<br><br>LANCASTER SCHOOL DISTRICT 0001,<br><br>             Defendant. | 4:12CV3254<br><br>**MEMORANDUM AND ORDER** |

IT IS ORDERED:

1) The defendant's unopposed Unopposed Motion to Continue the Motion to Compel Deadline, (Filing No. 20), is granted. The motion to compel deadline is continued pending further order of the court.

2) A telephonic conference before the undersigned magistrate judge will be held on July 12, 2013 at 2:30 p.m. to discuss the further progression of this case. Counsel for plaintiff shall place the call.

July 1, 2013.

                                                        BY THE COURT:

                                                        *s/ Cheryl R. Zwart*
                                                        United States Magistrate Judge