IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CONNIE TRACY,<br><br>    Plaintiff,<br><br>vs.<br><br>LANCASTER SCHOOL DISTRICT 0001,<br><br>    Defendant. | 4:12CV3254<br><br>**MEMORANDUM AND ORDER** |

After conferring with the parties,

IT IS ORDERED:

1) The deposition deadline is extended to September 6, 2013.

2) On or before September 30, 2013, Plaintiff's counsel shall either file Plaintiff's motion to certify a class, or contact my chambers to set a conference call to schedule the progression of this case to trial.

3) The clerk shall set a case management deadline of October 1, 2013 to check on the status of this case.

July 15, 2013.

                BY THE COURT:

                *s/ Cheryl R. Zwart*
                United States Magistrate Judge