IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CONNIE TRACY,<br><br>              Plaintiff,<br><br>   vs.<br><br>LANCASTER SCHOOL DISTRICT 0001,<br><br>              Defendant. | **4:12CV3254**<br><br>**ORDER** |
| CONNIE TRACY,<br><br>              Plaintiff,<br><br>   vs.<br><br>LANCASTER SCHOOL DISTRICT 0001,<br><br>              Defendant. | **4:13CV3168** |

The court set an October 1, 2013 deadline in 4:12CV3254 for moving to certify a class. So motion to certify was filed. The plaintiff filed a second suit against the same defendant and both actions have now been consolidated for all purposes, including trial.

Accordingly,

IT IS ORDERED:

1) Counsel for the parties shall confer and, on or before **October 29, 2013**, they shall jointly file a Form 35 (Rule 26 (f)) Report, a copy of which can be found at http://www.ned.uscourts.gov/forms in Word and WordPerfect format.

2) If one or more of the parties believes a planning conference is needed to complete the Rule 26(f) Report, or if the parties cannot agree on one or more of the deadlines identified or case progression issues raised in the Rule 26(f) Report, on or before **October 22, 2013**, a party shall contact my chambers at (402) 437-1670, or by email addressed to zwart@ned.uscourts.gov, to arrange a conference call.

October 8, 2013.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge