IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CONNIE TRACY, | |
| Plaintiff, | 4:12-CV-3254 |
| | 4:13-CV-3168 |
| vs. | |
| LANCASTER SCHOOL DISTRICT 0001, | ORDER |
| Defendant. | |

The Court has been advised that the parties in these cases have settled their claims. Accordingly,

IT IS ORDERED:

1. On or before August 21, 2014, the parties shall file joint stipulations for dismissal, or other dispositive stipulations, together with submitting to the undersigned judge draft orders which will fully dispose of these cases.

2. Absent compliance with this order, these cases (including counterclaims and the like) may be dismissed without further notice.

3. These cases are removed from the Court's trial docket.

4. The Clerk of the Court shall set a dismissal papers deadline of August 21, 2014.

Dated this 21st day of July, 2014.

BY THE COURT:

John M. Gerrard
United States District Judge