IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CONNIE TRACY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LANCASTER SCHOOL<br>DISTRICT 0001,<br><br>　　　　Defendant. | 4:12-CV-3254<br>4:13-CV-3168<br><br>JUDGMENT |

　　Pursuant to the parties' stipulations (case no. 4:12-CV-3254, filing 44, and case no. 4:13-CV-3168, filing 18), these cases are dismissed with prejudice, each party to bear its own costs and fees.

　　DATED this 18th day of August, 2014.

　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　*/s/ John M. Gerrard*
　　　　　　　　　　　　　　　　　John M. Gerrard
　　　　　　　　　　　　　　　　　United States District Judge